UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOYD JENNINGS,

        Plaintiff,        Case No. 1:10-cv-110

v.        Honorable Paul L. Maloney

MIKE HALL et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:   April 15, 2010        /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge